UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| ANTHONY PERRY OLIVER, | Case No. 3:19-cv-00051-LRH-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| STATE OF NEVADA, | |
| Respondent. | |

This *pro se* habeas matter comes before the Court on petitioner's motion for extension of time (ECF No. 5-2). The Court has ordered petitioner to show cause why his petition should not be dismissed as untimely and to either pay the filing fee or file a complete pauper application no later than March 6, 2019. As petitioner has filed a response to the order to show cause but the pauper application he has filed is not properly completed, it appears that petitioner is seeking an extension of time to file a complete *in forma pauperis* petition. So construed, the motion is GRANTED. Petitioner will have until April 5, 2019, to either pay the filing fee or file a complete pauper application.

IT IS SO ORDERED.

DATED this 20th day of February, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE