UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANTHONY PERRY OLIVER,<br><br>                                Petitioner,<br>     v.<br>STATE OF NEVADA,<br><br>                                Respondent. | Case No. 3:19-cv-00051-LRH-WGC<br><br>ORDER |

On February 19, 2019, petitioner filed a notice of appeal. The Court has not entered any appealable orders in this action, and the action remains, at this time, open and pending. Accordingly, petitioner is hereby DENIED a certificate of appealability for the appeal filed on February 19, 2019.

IT IS SO ORDERED.

DATED this 21st day of February, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE