UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ANTHONY PERRY OLIVER, | Case No. 3:19-cv-00051-LRH-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| STATE OF NEVADA, | |
| Respondent. | |

On February 4, 2019, the Court denied petitioner's *in forma pauperis* application and directed petitioner to either pay the $5.00 filing fee or file a complete pauper application within thirty days or the action would be dismissed without prejudice. Petitioner has filed a pauper application, but it lacks the required financial certificate and inmate account statements. LSR 1-1 & 1-2. The application for leave to proceed *in forma pauperis* (ECF No. 11) is therefore DENIED WITHOUT PREJUDICE. The Court will grant petitioner one more opportunity to file a complete pauper application, including a financial certificate and inmate account statements for the prior six months, or pay the $5.00 filing fee. Petitioner must either file a complete pauper application or pay the filing fee within thirty days of the date of this order. Failure to do so will result in the dismissal of this action without prejudice and without further advance notice.

IT IS SO ORDERED.

DATED THIS 15 day of Apr, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1