UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANTHONY PERRY OLIVER,<br><br>                          Petitioner,<br>v.<br>STATE OF NEVADA,<br><br>                          Respondent. | Case No. 3:19-cv-00051-LRH-WGC<br><br>ORDER |

      Petitioner moves for an extension of time to comply with the Court's order of April 18, 2019. (ECF No. 17). The motion is granted. Petitioner will have until June 3, 2019, to either pay the filing fee or submit a complete pauper application to the Court.

      Petitioner's motion for extension of time was filed under seal due to the presence of personal identifiers on the document. Petitioner is advised that it is unnecessary to include his social security number in his filings and that doing so will require his documents to be filed under seal. As there is a presumption against sealing documents and in favor of public access to court records, further unnecessary inclusion of personal identifiers in documents may result in the Court's striking of those documents with leave to re-file without personal identifiers.

      IT IS SO ORDERED.

      DATED THIS 3rd day of May, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE