UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

ANTHONY PERRY OLIVER,

Petitioner,

v.

STATE OF NEVADA,

Respondent.

Case No. 3:19-cv-00051-LRH-WGC

ORDER

Petitioner has filed a *pro se* petition for writ of habeas corpus relief pursuant to 28 U.S.C. § 2254. The attachments to the petition contain the social security numbers and birth dates of both the victim and the petitioner. These are personal identifiers that must be redacted from filings available on the public docket. L.R. IC 6-1(a). The attachments also include the victim's medical records and petitioner's presentence investigation report. The victim has a privacy interest in her medical records, and the PSI is a confidential document. In accordance with the requirements of *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006), the Court concludes compelling reasons exist that outweigh the public's interest in access to judicial records. These documents must also be sealed.

The Court will therefore direct the Clerk to seal the petition and its attachments, and petitioner will be directed to file an unsealed amended petition.[1] Petitioner shall attach to the petition only the state court written decisions regarding his judgment of conviction.

---

[1] Petitioner remains responsible for calculating the applicable statute of limitations. By directing petitioner to file an amended petition, the Court makes no representation or finding that the amended petition would not be subject to dismissal as untimely.

1

Accordingly, IT IS THEREFORE ORDERED that the Clerk of Court shall SEAL the petition and all its attachments.

IT IS FURTHER ORDERED that petitioner shall, within thirty days of the date of this order, file an unsealed amended petition, attaching only the state court written decisions about his conviction. Petitioner shall not re-file the victim's medical records or any documents containing personal identifiers.

Failure to timely comply with this order will result in the dismissal of the petition without prejudice.

IT IS SO ORDERED.

DATED this 11th day of June, 2019.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE