**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTHONY PERRY OLIVER, | Case No. 3:19-cv-00051-LRH-WGC |
| Petitioner, | |
| v. | **ORDER** |
| STATE OF NEVADA, *et al.*, | |
| Respondents. | |

Good cause appearing, Respondents' first Motion for Enlargement of Time (ECF No. 29) is GRANTED. Respondents have until December 3, 2019, to answer or otherwise respond to the Amended Petition for Writ of Habeas Corpus (ECF No. 24).

DATED this 4th day of October, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE