# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY PERRY OLIVER, <br><br> Petitioner, <br> v. <br> STATE OF NEVADA, *et al.*, <br><br> Respondents. | Case No. 3:19-cv-00051-LRH-WGC <br><br> **ORDER** |

Good cause appearing, Respondents' second Motion for Enlargement of Time (ECF No. 32) is GRANTED. Respondents have until January 17, 2020, to answer or otherwise respond to the Amended Petition for Writ of Habeas Corpus (ECF No. 24).

DATED this 2nd day of December, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE