# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY PERRY OLIVER,<br><br>                 Petitioner,<br>   v.<br>STATE OF NEVADA, *et al.*,<br><br>                 Respondents. | Case No. 3:19-cv-00051-LRH-WGC<br><br>**ORDER** |

     Good cause appearing, Respondents' third Motion for Enlargement of Time (ECF No. 35) is GRANTED. Respondents have until February 17, 2020, to answer or otherwise respond to the Amended Petition for Writ of Habeas Corpus (ECF No. 24).

     DATED this 16th day of January, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE