# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY PERRY OLIVER,<br><br>                        Petitioner,<br>    v.<br><br>STATE OF NEVADA, *et al.*,<br><br>                        Respondents. | Case No. 3:19-cv-00051-LRH-WGC<br><br>**ORDER** |

IT IS HEREBY ORDERED that the Court's scheduling order (ECF No. 25), entered August 5, 2019, is modified to add the following:

IT IS FURTHER ORDERED that a paper copy of any exhibits filed by either party—for this case—must be delivered to the **Las Vegas Clerk's Office** and addressed to the attention of "Staff Attorney." Paper copies must be (i) file-stamped copies, bearing the document number assigned by the CM/ECF system, (ii) securely bound on the left side to easily display the document number, and (iii) tabbed to display exhibit numbers or letters on the right side or bottom of the copies. *See* LR IA 10-3(i); LR IC 2-2(g).

IT IS SO ORDERED.

DATED this 14th day of February, 2020.

                                                    LARRY R. HICKS
                                                    UNITED STATES DISTRICT JUDGE